IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

RHONDA T. PATTERSON                                                                      PLAINTIFF

vs.                                                      CIVIL ACTION NO.   1:16CV195-SA-DAS

DYNCORP INTERNATIONAL                                                              DEFENDANT

**AGREED ORDER OF DISMISSAL**

**THIS CAUSE** came before this Court on the parties' *ore tenus* Joint Motion to Dismiss this civil action with prejudice; having considered said Motion, the Court is of the opinion that the Motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED** that this case is hereby dismissed with prejudice with each party to bear its own costs.

**SO ORDERED,** this the 23rd day of February, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE


AGREED TO AND APPROVED BY:


_s/ Terence L. High_
TERENCE L. HIGH (MSB #99843)

*ATTORNEY FOR PLAINTIFF*

_s/ J. Randall Patterson_
J. RANDALL PATTERSON (MSB #9012)
TORRI T. ARMSTRONG (MSB #105082)

*ATTORNEYS FOR DEFENDANT*